ROBERT T. SPJUTE, ESQ. (13866)
SHUMWAY VAN
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Phone: (801) 478-8080
Fax: (801) 478-8088
tee@shumwayvan.com

SOLOMON E. ANTAR, ESQ. (pro hac vice)
Attorney for Plaintiff
26 Court Street, Ste. 1200
Brooklyn, New York 11235
Phone: (718) 769-3200
Fax: (516) 283-0277
Solomon@antarlawfirm.com

*Attorneys for Plaintiff Triplenet Pricing, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **TRIPLENET PRICING, LLC,**<br><br>    **Plaintiff,**<br>  v.<br><br>**SKULLCANDY, INC.,**<br><br>    **Defendant.** | **VOLUNTARY DISMISSIAL OF ACTION PURSUANT TO RULE 41 FRCP**<br><br>**Civil Action No. 2:20cv00002-HCN**<br><br>**Judge: Howard C. Nielson** |

  Whereas, no answer to the complaint or motion for summary judgment has been submitted by defendant SKULLCANDY, INC., the Plaintiff hereby dismisses the complaint and voluntarily discontinues this action with prejudice against Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

[Signature on the following page]

2

Dated: February 7, 2020          Respectfully submitted,

**SHUMWAY VAN**
By: /s/ *Robert T. Spjute*
Robert T. Spjute, Esq.
*Attorney for Plaintiff*


**Antar Law Firm, PLLC**
Solomon E. Antar, Esq.
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

By: /s/ *Robert T. Spjute*
Robert T. Spjute